# Exhibit A

**HELPING YOU STAY IN YOUR HOME.**   
MAKING HOME AFFORDABLE

a division of OneWest Bank®, FSB

*You may be able to make your payments more affordable.*
*Act now to get the help you need!*

February 15, 2010

Stacey L Fletcher
Yorkville, IL 60560

Loan #: ●●●●9664
Investor #:
Reference #:
Property Address:
Yorkville, IL 60560

Dear Stacey L Fletcher,

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program! This is the first step towards lowering your mortgage payments. Please read this letter so that you understand all the steps you need to take now to lower your mortgage payments permanently.

**What do I need to do first?**
To accept this offer, you must make a new monthly payment of $1,364.00 for the next three months of the trial period. This payment is due on the first day of each month. So your first payment is due 3/1/2010, your second payment is due 4/1/2010 and your third payment is due 5/1/2010. <u>Send these payments instead of your normal monthly mortgage payment</u>.

**Why is there a trial period?**
The trial period offers you immediate payment relief while we process the paperwork to determine if we can offer you a permanent loan modification. It also gives you time to make sure that you can manage the lower monthly mortgage payment. Please note that your existing loan and its requirements remain in effect and unchanged during the trial period.

**How do I get a permanent modification?**
If you do not make each trial period payment in the month in which it is due, your loan may not be modified under the Home Affordable Modification Program.

In addition to making your trial period payments on time, you must send copies of all the documents that are checked below to IndyMac Mortgage Services, Mailcode: IndyMac-1, 2900 Esperanza Crossing, Austin, TX 78758, no later than 2/25/2010 so that we can verify the financial information you already provided to us. Use the return envelope provided for your convenience. **If the documents are not received by 2/25/2010, this offer will end and your loan will not be modified.**

☑ 1. Your first trial period payment of $1,364.00, and

☑ 2. The enclosed MHA Hardship Affidavit form completed and signed by all borrowers, and

☑ 3. Signed and dated copy of the enclosed IRS Form 4506-T (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both of the joint filers), and

☑ 4. **Documentation that will be used by us to verify the income of each borrower. This documentation includes (Check off and provide all documents that apply to you):**

    **For each borrower who receives a salary or hourly wages:**
    ☐ Copy of your two most recent pay stubs that show year-to-date earnings.

    **For each borrower who is self-employed:**
    ☑ Most recent quarterly or year-to-date profit/loss statement.

    **For each borrower who has income such as social security, disability or death benefits, pension, adoption assistance, public assistance, or unemployment:**
    ☐ Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit, and

    ☐ Two most recent bank statements showing receipt of such payment

    **For each borrower who is relying on alimony or child support as qualifying income*:**
    ☐ Copy of divorce or other court decree; or separation agreement or other written agreement filed with the court that states the amount and period of time over which it will be received, and

    ☐ Two most recent bank statements showing receipt of such payment.
    \* You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

    **For each borrower who has rental income:**
    ☐ Copies of the most recent two years filed federal tax return with all schedules, including Schedule E-Supplemental Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent.

If you have other types of income, cannot locate the required documents, or have questions about the paperwork required, please contact us at 1.888.202.9414.

<u>Keep a copy of all documents for your records. Don't send original income documentation.</u>

<u>**IF YOU DO NOT MAKE YOUR TRIAL PERIOD PAYMENTS OR DO NOT PROVIDE ALL REQUIRED, SIGNED AND COMPLETED DOCUMENTATION FOR EACH BORROWER ON TIME, WE WILL NOT BE ABLE TO DETERMINE WHETHER YOU QUALIFY FOR THE HOME AFFORDABLE MODIFICATION PROGRAM.**</u>

**If you have further questions about this trial period plan or the program, please call your servicer at 1.888.202.9414.**

| **Homeowner's HOPE™ Hotline** | |
|---|---|
| If you have questions about the program that your servicer cannot answer or need further counseling, call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish. |  |
| If you are aware of fraud, waste, mismanagement, or misrepresentations affiliated with the Troubled Asset Relief Program, please contact SIGTARP at 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220. |  |

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

 © 2010 IndyMac Mortgage Services, a division of OneWest Bank, FSB. Registered trade/service marks are the property of OneWest Bank, FSB and/or its subsidiaries.

Reference #: 3002009664-3106-02201005

MBS_4366

# Exhibit B

Additional Information

# Sign & Return

If you have any question regarding this offer, please call us toll free at 1.888.202.9414

What else should I know about this offer?

- If you make your new payments on time and submit the paperwork by the deadline, <u>we will not conduct a foreclosure sale</u>.
- You will not be charged any fees for this trial period plan or final modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be affected by accepting a trial period offer or modification. For more information about your credit score please go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

### How was my new payment in the trial period determined?
Your trial period payment is approximately 31% of your total gross monthly income, which you told us was $4,400.00. The new payment includes principal and interest and an escrow amount of $721.88 to pay property taxes, insurance and other permissible escrow fees. If we were able to modify your loan today, based on the information you gave us, we estimate your modified interest rate would be 2.000%. If we modify your loan permanently after the trial period, the interest rate may be different due to a variety of factors that affect the terms of your final modification. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $0.00; this can either be paid in a lump sum when the loan is modified or over the next 5 years (or 60 months). If you wish to pay the total shortage as a lump sum, please contact us.

### What happens if my verified income is different from the amount I told you verbally?
During the trial period, we will verify your income based on the documentation you must provide. Your verified income will determine your eligibility for a permanent modification and its final terms. If your verified income is significantly higher than the income you told us, you may have to restart your trial period with a larger payment based on that higher income. Also, if your verified income is different from the amount you gave us verbally, you may no longer be eligible for a Home Affordable Modification.

### When will I know if my loan can be modified permanently and how will the modified loan balance be determined?
Once we confirm you are eligible for a Home Affordable Modification and you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

### Are there incentives that I may qualify for if I am current with my new payments?
Once your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the trial period Payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a total of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first trial period payment due date*, will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan becomes 90 days delinquent.

### Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?
Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage <u>unless</u> your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey Rate for 30-year, fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of

your loan. Like your trial period payment, your new monthly payment will also include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowner's insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**If you have any questions or if you cannot afford the trial period payments shown above, but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at 1.888.202.9414. We may be able to help you.**

### Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 3/1/2010. You and we agree that:

- We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan, except as detailed below:

    - During the trial period, any pending foreclosure action or proceeding will not be dismissed and may be immediately resumed if you fail to comply with the terms of the Trial Period Pan or do not qualify for a modification. A new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will not be necessary to continue the foreclosure action (foreclosure notices). You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law. However, if your property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and foreclosure may proceed if you do not make each and every trial period payment that is due through the end of the month preceding the month in which the foreclosure sale is scheduled to occur. For example, if a foreclosure sale is scheduled in February and you do not make your January and any earlier required trial period payment by the end of January, the foreclosure sale may proceed in these four states. If a foreclosure sale occurs pursuant to this provision, the Trial Period Plan will be deemed to have terminated.

- During the trial period, we may accept and post your trial period payments to your account and it will not affect foreclosure proceedings that have already been started.

    - The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

- If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:

    - You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

- Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:

    - You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

IndyMac Mortgage Services, a division of OneWest Bank, FSB

By:_____
                                  Date

I/We agree to the modification of my/our Loan as described above.

*Stacey L Fletcher*   2/20/10                  _____
Stacey L Fletcher     Date                                         Date

8