## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 10-Civ-04682 (WJH)

STACEY FLETCHER, on behalf of herself and all others
similarly situated, Plaintiff,
v.
INDYMAC MORTGAGE SERVICES, FSB, a division of
ONEWEST BANK, FSB, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff STACEY FLETCHER

| NAME (Type or print) |
| Karin E. Fisch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/  Karin E. Fisch |

| FIRM |
| ABBEY SPANIER RODD & ABRAMS, LLP |

| STREET ADDRESS |
| 212 East 39th Street |

| CITY/STATE/ZIP |
| New York, New York 10016 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | 212-889-3700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐