```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


STACEY FLETCHER, on behalf of herself   ) No. 10 C 4682
and all others similarly situated,      )
                                        )
               Plaintiff,               )
                                        )
       v.                               )
                                        )
ONEWEST BANK, FSB,                      ) March 11, 2013
                                        ) Chicago, Illinois
                                        ) 9:00 a.m.
                    Defendants.         ) Status Hearing

              TRANSCRIPT OF PROCEEDINGS
     BEFORE THE HONORABLE SHARON JOHNSON COLEMAN

APPEARANCES:

For the Plaintiff:       EDELSON McGUIRE LLC
                         350 North LaSalle Street
                         Suite 1300
                         Chicago, Illinois  60654
                         BY:  MS. ALICIA E. HWANG


For the Defendant:       MUCH SHELIST DENENBERG AMENT &
                         RUBENSTEIN, PC
                         191 North Wacker Drive
                         Suite 1800
                         Chicago, Illinois  60606
                         BY:  MR. ROBERT J. EMANUEL






            TRACEY DANA McCULLOUGH, CSR, RPR
                 Official Court Reporter
               219 South Dearborn Street
                      Room 1426
               Chicago, Illinois  60604
                    (312) 922-3716
```

```
 1              THE CLERK:  10 C 4682, Fletcher versus OneWest Bank.
 2              MR. EMANUEL:  Good morning, Your Honor.
 3              MS. HWANG:  Good morning.  Alicia Hwang for
 4   plaintiff.
 5              MR. EMANUEL:  Bob Emanuel for defendant OneWest Bank.
 6              THE COURT:  All right.  And do we have another
 7   counsel who's supposed to be by phone?
 8              MR. EMANUEL:  No.  Just the two of us.
 9              THE COURT:  All right.  So you all want more time or
10   what's going on here?  I know this is -- the Court has reviewed
11   some of the notes on the case, and you're looking for more time
12   for discovery, is that correct?
13              MR. EMANUEL:  Yes, for a number of reasons, including
14   the fact that my firm just recently substituted in.  And we
15   have done substantially everything that needs to be done with
16   respect to the written discovery for the named plaintiff's
17   individual claims.  We have produced documents, responded to
18   interrogatories.  And they have as well.  What we're doing now
19   is going to depose the individual plaintiff Stacey Fletcher.
20   And then we expect that plaintiffs will want some kind of 30
21   (b) 6 or similar deposition.  So we're hoping if we could have
22   60 days from today's date.
23              THE COURT:  60 days for those two deps?
24              MR. EMANUEL:  There's also -- I understand that they
25   might, they might want to take more than one 30 (b) 6 witness.
```

1   There's been discussion of maybe up to five.
2           THE COURT:  Well, Counsel -- and I appreciate your
3   position just walking in.  This Court was sort of in that
4   position when I took over the case from Judge Hibbler, and the
5   case really was allowed to just languish during his illness.
6   And that is why it is a 2010 case and we're in 2013.  And this
7   Court isn't going to have much patience here.
8           MR. EMANUEL:  Okay.  I point out one other thing.  It
9   was stayed for quite a bit of time during the Wigot matter
10  while that went up on appeal and came back down.
11          THE COURT:  It was.  And then it was allowed to
12  languish, though.  And -- and it's not the only case.  And
13  obviously sometimes without meaning to if there's room to
14  wiggle and room to do other things and not have to focus on a
15  case, I think that's what happened here.
16          MR. EMANUEL:  Okay.
17          THE COURT:  And this Court needs to get it moving,
18  and I don't want to take unnecessary time.  However, I'll give
19  you the time you asked, but just understand this is your date.
20  I will not move.
21          MR. EMANUEL:  Absolutely.
22          THE COURT:  All right.
23          MS. HWANG:  Okay.
24          MR. EMANUEL:  Fully understood.  Thank you, Your
25  Honor.

1      THE COURT:  So if you want -- if you take the 60
2 days, make full use of it.  And that is for the fact discovery.
3 And so whether it's two, five, eight, get them in.
4      MR. EMANUEL:  Okay.
5      THE COURT:  All right.  So I'll enter the dates.  May
6 7th.  Everybody here?
7      MS. HWANG:  We have the motion coming up.
8      MR. EMANUEL:  Yes, we have the joint motion that's up
9 tomorrow too.
10      THE COURT:  You can -- that can be stricken.
11      MR. EMANUEL:  And then we've conferred about whether
12 or not there will be an amended complaint in this case.  There
13 was some discussion about that earlier.  Our understanding is
14 that there will not be.
15      MS. HWANG:  Not at this moment, no.
16      THE COURT:  All right.  Good.
17      MR. EMANUEL:  Thank you, Your Honor.
18      THE COURT:  All right.  So we have the dates of
19 May 7th for fact discovery, and then you also have dispositive
20 motion dates, is that correct?  May 21st --
21      MS. HWANG:  Yes, for the motion for summary judgment.
22      THE COURT:  -- due date.  And then June 21st for a
23 response and July 5th for the reply.
24      MS. HWANG:  Yes.
25      MR. EMANUEL:  Yes, to the May 7th and 21st, so okay.

1   THE COURT: All right. And those dates are set. And
2 then just making sure everything's on track, I'll set a late
3 July date. It doesn't mean you'll have a ruling then. It's
4 just the date to make sure we're all have one place.
5   THE CLERK: July 29th at 9 o'clock.
6   THE COURT: All right. Anything else?
7   MR. EMANUEL: That's it, Your Honor.
8   THE COURT: Thank you both.
9   MR. EMANUEL: Thank you very much.
10   MS. HWANG: Thank you.
11                       CERTIFICATE
12   I HEREBY CERTIFY that the foregoing is a true,
13 correct and complete transcript of the proceedings had at the
14 hearing of the aforementioned cause on the day and date hereof.
15
16 /s/TRACEY D. McCULLOUGH          March 20, 2013
17 Official Court Reporter           Date
   United States District Court
18 Northern District of Illinois
   Eastern Division