# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Stacey Fletcher
                     Plaintiff,

v.
                                        Case No.: 1:10−cv−04682
                                        Honorable Sharon Johnson Coleman

OneWest Bank, FSB
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to this court's order dated 3/13/2014 (#162), the parties reported that settlement is imminent. The parties were directed to file a stipulation of dismissal on or before 3/31/2014 or the Court would dismiss the case without prejudice. No stipulation has been filed as of the close of business today. This case is hereby dismissed without prejudice.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.